DECLARATION OF SERVICE

JOHN HOWLEY declares under penalty of perjury as follows:

I am not a party to this action, am over the age of 18, and have law offices at 350 Fifth Avenue, 59th Floor, New York, New York 10118.

On October 29, 2018, at 4:42 p.m., at 33 West 19th Street, 4th Floor, New York, New York, I served a copy of the Order to Show Cause for Default Judgment dated October 22, 2018, Declaration in Support of Plaintiff's Motion for a Default Judgment, Exhibits 1 through 7, and Proposed Default Judgment, on defendant B&R Sorrento Corp., by handing the documents to Nicole, the receptionist in the defendant's office, and by enclosing copies of the documents in an envelope addressed to Besim Kukaj, 33 West 19th Street, 4th Floor, New York, New York 10011, with First Class postage prepaid, and depositing the envelope in an official depository of the United States Post Office the same day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2018.

_____
John Howley