UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN MACANCELA, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BESIM KUKAJ, et al., <br><br> Defendants. | **AFFIDAVIT OF SERVICE** <br><br> Docket No. 18-CV-7507 (JGK) |
| ABRAHAM CAMPOS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BKUK 3 CORPORATION, et al., <br><br> Defendants. | Docket No. 18-CV-4036 (JGK) |

STATE OF NEW YORK  )
                   ss:
COUNTY OF NASSAU   )

Nicole Robbins, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Long Beach, New York.

That on December 14, 2018 deponent served the within **MOTION TO WITHDRAW AS COUNSEL** upon: BKUK Group c/o Adriana Behri, located at 33 West 19th Street, New York, NY 10011 at the address designated by said individual for that purpose, by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope, in an official depository

1

under the exclusive care, custody, and control of UPS via Overnight Delivery via tracking #1Z 94FA 8701 9880 0194.

_____
Nicole Robbins

Sworn to before me on
December 14, 2018

_____
NOTARY PUBLIC

                    MARK A. RADI
        Notary Public, State of New York
              No. 02RA6238014
          Qualified in Nassau County
      Commission Expires 3/28/2019