```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
———————————————————————

**BRYAN MACANCELA et al.,**

                    **Plaintiffs,**

                                      **18-cv-7507 (JGK)**

     - against -

                                      <u>**ORDER**</u>

**BESIM KUJAK et al.,**

.

                    **Defendants.**

———————————————————————

**JOHN G. KOELTL, District Judge:**

     The parties should provide a status report and Rule 26(f) report by May 1, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **April 17, 2020**              /s/ John G. Koeltl
                                                **John G. Koeltl**
                                       **United States District Judge**