```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BRYAN MACANCELA et al.,                                     :
                                                            :      ORDER
                         Plaintiffs,                        :
                                                            :
              -against-                                     :      18-CV-7507 (JGK) (KHP)
                                                            :
BESIM KUKAJ et al.,                                         :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 7/22/2021

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Court requests that Plaintiff's counsel submit the native excel spreadsheet to show its calculation of damages (i.e. pages 396 – 417 of ECF No. 205-26) to the chambers email (Parker_NYSDChambers@nysd.uscourts.gov) by Monday, July 26, 2021.

**SO ORDERED.**

Dated:   July 22, 2021
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge