

# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

July 28, 2021

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/29/2021
```

**VIA ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Campos, et al. v. BKUK 3 Corporation d/b/a La Carbonara, et al.*
Civil Action No. 18 Civ. 4036 (JGK) (KHP)

*Macancela, et al. v. Kukaj, et al.*
Civil Action No. 18 Civ. 7507 (JGK) (KHP)

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
07/29/2021

Dear Judge Parker:

      This office represents plaintiffs in the above-referenced action. We write, jointly with John Howley, Esq., counsel in the related matter of *Macancela v. Kukaj*, No. 18 Civ. 7507 (JGK), to respectfully request a one (1) week extension of Plaintiffs' deadline to submit the supplemental materials in connection with Plaintiffs' Motion for Default Judgment and Damages (*Campos* Dkt. Nos. 146-151; *Macancela* Dkt. Nos. 201-206) as set forth in a recent Order of the Court. (*Campos* Dkt. No. 152; *Macancela* Dkt. No. 209).

      Plaintiffs' original deadline was July 30, 2021; Plaintiffs request an extension of this date to August 6, 2021. This is the Plaintiffs' first request for extension of this deadline. Defendants have not appeared in this Action for approximately two and one-half (2.5) years, and Plaintiffs are unable to contact them regarding this request. We request this additional time in order to contact each of the Plaintiffs, review and supplement their declarations where necessary, obtain signatures including by hard copy, and give them time to search through their document and records for evidence pertinent to this matter.

      We appreciate Your Honor's attention to this matter. Please feel free to contact the undersigned should Your Honor have any questions or concerns regarding this submission.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com