UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM CAMPOS, EDER GORDILLO, PAULINO CARPINTERO, SAMUEL HERRERA, YONI DE LOS SANTOS, SEGUNDO CALLE, JENARO CAMPOVERDE, PELLUMB KATANOLLI, CESAR SUPACELA, NICOLAS ZHAGNAY, CRISTIAN ASITIMBAY, MARIO ASITIMBAY, EDUARDO YUNGA, VLADIMIR YUNGA, DIEGO A. ESTRADA, VICTOR GONZALEZ, MILTON QUIZHPILEMA, FELIPE VEGA-LOYOLA, EDISON MACANCELA, and BRYAN MACANCELA, <br><br>   Plaintiffs — Judgment Creditors, <br><br>   v. <br><br> BESIM KUKAJ, SP REALTY INVESTMENTS LLC, and DIAMOND GLOBAL MANAGEMENT LLC, <br><br>   Defendants. | Case No. 22 Civ. 5993 (DLC) <br><br> ~~(proposed)~~ <br> **DEFAULT JUDGMENT** <br><br> Related cases: <br> 1:18-cv-04036 (JGK) (KHP) <br> 1:18-cv-07507 (JGK) (KHP) |

This action having been commenced on July 14, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Diamond Global Management LLC by delivering true copies of the summons and complaint to the Office of the Secretary of State for the State of New York on July 25, 2022; on Defendant SP Realty Investments LLC by delivering a true copy of the summons and complaint to the New Jersey Department of Treasury on September 19, 2022; and on Defendant Besim Kukaj by delivering a true copy of the summons and complaint to a person of suitable age and discretion at his usual place of dwelling on October 5, 2022 and by mailing a copy of the same via first class mail the next day, with the corresponding proofs of service having been filed with this Court and the Defendants not having answered the Complaint,

and the time for answering the Complaint having expired, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. a default judgment be entered against Defendants **BESIM KUKAJ**, last known address 800 Park Ave., PH 6B Fort Lee, NJ 07024; **SP REALTY INVESTMENTS LLC**, last known address of 1401 44th St., North Bergen, NJ 07047; and **DIAMOND GLOBAL MANAGEMENT LLC**, last known address 38 Brookside Loop, Staten Island, NY 10309, holding them jointly and severally liable for the fraudulent transfers of 36 Locke Drive in the Town of Pittsford, New York (the "Subject Property");

2. a money judgment be entered against Defendant SP REALTY INVESTMENTS LLC in the amount of $249,450; and

3. a judgment be entered against Defendant DIAMOND GLOBAL MANAGEMENT LLC allowing Plaintiff to levy execution on the Subject Property to the extent their money judgment against SP REALTY INVESTMENTS LLC remains unpaid 90 days from the date below; and

It is further ORDERED, ADJUDGED AND DECREED that an award of $30,995 in attorneys' fees and $1,806.77 in expenses be entered jointly and severally against Defendants BESIM KUKAJ, SP REALTY INVESTMENTS LLC, and DIAMOND GLOBAL MANAGEMENT LLC.

Dated: New York, New York

January 13, 2023

_____
U.S.D.J.