UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN MACANCELA, ET AL.,

        Plaintiffs,

- against -

BESIM KUKAJ, ET AL.,

        Defendants.

18-cv-7507 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the turnover motion, ECF No. 229, was January 5, 2024, and the time to reply was January 12, 2024. ECF No. 232. To date, no response or reply has been filed.

    The time to respond is extended to **February 2, 2024.** The time to reply is extended to **February 9, 2024.**

SO ORDERED.

Dated:    New York, New York
            January 16, 2024

                                            John G. Koeltl
                                     United States District Judge